# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EAST BAY FLOORCOVERING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HICKORY SPRINGS MANUFACTURING COMPANY, VALLE FOAM INDUSTRIES, INC., DOMFOAM INTERNATIONAL, INC., THE CARPENTER COMPANY, THE WOODBRIDGE GROUP, FLEXIBLE FOAM PRODUCTS, INC., SCOTTDEL INC., FOAMEX INNOVATIONS, INC., FUTURE FOAM, INC., VITAFOAM PRODUCTS CANADA LIMITED, VITAFOAM, INC.,<br><br>Defendants. | CASE NO. 4:10-CV-05045-DMR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER FOR THE EXTENSION OF TIME FOR THE DEFENDANTS VITAFOAM PRODUCTS CANADA LIMITED AND VITAFOAM, INC. TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Assigned to the Honorable Donna M. Ryu |

PURSUANT TO the "Stipulation for Extension of Time for Defendants Vitafoam Products Canada Limited and Vitafoam, Inc. to Move, Answer or Otherwise Respond to Plaintiff's Complaint," filed by and between Defendants Vitafoam Products Canada Limited and Vitafoam, Inc. ("Vitafoam Defendants") and Plaintiff East Bay Floorcovering, Inc. ("Plaintiff"), and good cause having been shown, the Court HEREBY ORDERS AS FOLLOWS:

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR VITAFOAM DEFENDANTS TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1. Vitafoam Defendants shall not be required to move, answer or otherwise respond to the individual Complaint filed in the above-captioned case pending resolution of the Conditional Transfer Order entered by the US Judicial Panel on Multidistrict Litigation ("MDL Panel") in *In re Polyurethane Foam Antitrust Litigation* (MDL No. 2196);

2. Upon transfer of the above-captioned case by the MDL Panel, Vitafoam Defendants shall have until forty-five (45) calendar days after the filing of a Consolidated and Amended Complaint in the transferee court, and service of such Consolidated and Amended Complaint upon Defendants, to move, answer, or otherwise respond to the Consolidated and Amended Complaint;

3. If the above-entitled case is not transferred and consolidated by the MDL Panel, Vitafoam Defendants shall have until forty-five (45) calendar days after the entry of an order granting the motion to vacate the Conditional Transfer Order to move, answer or otherwise respond to the Complaint; and

4. Vitafoam Defendants shall be deemed served with the Complaint in the above-captioned case and waive any objection(s) to the sufficiency of service of the Plaintiff's Summons and Complaint in the above-captioned case upon entry of this Order.

**IT IS SO ORDERED**

DATED: December 16, 2010

_____
Donna M. Ryu
Magistrate Judge, United States District Court