UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: POLYURETHANE FOAM ANTITRUST
LITIGATION                                                                    MDL No. 2196

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO–1)

On December 1, 2010, the Panel transferred 6 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* (J.P.M.L. ). Since that time, no additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Jack Zouhary.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Zouhary.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 1, 2010, and, with the consent of that court, assigned to the Honorable Jack Zouhary.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  s/R Schumitsh
Deputy Clerk

IN RE: POLYURETHANE FOAM ANTITRUST LITIGATION                              MDL No. 2196

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 10–06606 | Foam Factory Inc v. Hickory Springs Manufacturing Company et al |
| CAC | 2 | 10–07437 | E.M. Brown, Inc. v. Future Foam, Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 10–05167 | Hodge v. Hickory Springs Manufacturing Company et al |
| CAN | 4 | 10–05045 | East Bay Floorcovering, Inc. v. Hickory Springs Manufacturing Company et al |
| NORTH CAROLINA WESTERN | | | |
| NCW | 5 | 10–00120 | Pandolfi House of Carpets, Inc. v. Vitafoam, Inc. et al |
| NCW | 5 | 10–00122 | Lackey et al v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00125 | Suburban Floor Covering, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00128 | Robert Sims Enterprises, LLC v. The Carpenter Company et al |
| NCW | 5 | 10–00129 | Foam Empire, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00131 | Thoroughbred Carpets, Ltd. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00139 | The Stroud Group, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00140 | Alvis &Allen, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00141 | HVA Bros., Inc. et al v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00145 | Ace Foam, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00146 | Furniture Associates v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00149 | SCI Floor Covering, Inc. v. Hickory Springs Manufacturing Company et al |

| | | | |
|---|---|---|---|
| NCW | 5 | 10–00150 | DeSitter Flooring, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00151 | Columbia River Floor Covering v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00152 | Custom Carpets, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00154 | Western Carpet Center, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00162 | Superior Floor Covering, Inc. v. Hickory Springs Manufacturing Company et al |
| NCW | 5 | 10–00164 | R &W Carpets, Inc. v. Hickory Springs Manufacturing Company et al |